**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mario PINA, Defendant–Appellant.**

**No. 07–11550 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 25, 2007.

Tracy M. Dreispul, Assistant Federal Public Defender, R. Fletcher Peacock, Maria Guzman, Tampa, FL, for Defendant–Appellant.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Tracy Dreispul, appointed counsel for Mario Pina in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is **GRANTED**, and Pina's revocation of supervised release and resulting sentence are **AFFIRMED**.